## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA**

v.                                                    **M-06-209 (JMF)**

**KEVIN D. AYERS,**

     **Defendant.**

**FILED**

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

### ORDER TO SHOW CAUSE

Presently before the Court is defendant's Motion to Dismiss Complaint [#4] with

prejudice pursuant to 18 U.S.C. § 3162(a)(1) on the ground that the government failed to indict

him within thirty days of his arrest in this case. To assist the Court with resolving defendant's

motion, the United States is, hereby, **ORDERED** to show cause, within ten days from the date of

this order, why the complaint should not be dismissed without prejudice.

     **SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

June 13, 2006