UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0209M-01 (CR) |
| **KEVIN D. AYERS,** | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 22 D.C.C. §2601(a)(2) |
| | : | (Escape from an Officer) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about May 10, 2006, within the District of Columbia, **KEVIN D. AYERS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

**COUNT TWO**

On or about May 10, 2006, within the District of Columbia, **KEVIN D. AYERS**, did escape from the lawful custody of an officer and employee of the District of Columbia and of the United States.

(**Escape from an Officer**, in violation of Title 22, District of Columbia Code, Section 2601(a)(2))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia