## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : Criminal Number 06-161 (HHK) |
| KEVIN D. AYERS, | : |
| Defendant. | : |

## MOTION TO DISMISS INDICTMENT

KEVIN D. AYERS, by his attorney, Tony W. Miles, Assistant Federal Public Defender, respectfully moves this Honorable Court to dismiss with prejudice the indictment filed against Mr. Ayers. In support of this Motion, Mr. Ayers, through undersigned counsel, states as follows:

1. On May 10, 2006, Kevin D. Ayers was arrested for an offense which was charged in a criminal complaint filed in the United States District Court for the District of Columbia. The criminal complaint charged Mr. Ayers with unlawfully possessing with intent to distribute cocaine base, in violation of 21 U.S.C. § 841 (a)(1).

2. On May 11, 2006, Mr. Ayers appeared before United States Magistrate Judge Alan Kay for his initial appearance. Mr. Ayers had his preliminary and detention hearings on May 16, 2005. After the May 16 hearing, the Magistrate Court found probable cause and held Mr. Ayers's case over for any potential Grand Jury action.

3. On June 12, 2006, Mr. Ayers, through counsel, filed a motion to dismiss the criminal complaint in connection with this case because neither an indictment nor information had been filed

within the thirty day time period required by 18 U.S.C. § 3161(b).[1]  After Mr. Ayers filed his motion to dismiss, an indictment was finally returned against him.  The indictment was filed on June 13, 2006 and it charges Mr. Ayers with one count of Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base (21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(iii)) and one count of Escape from an Officer (22 D.C.C. § 2601(a)(2)).

4. Because the indictment in this case was not returned within the mandated thirty days, Mr. Ayers is now seeking dismissal of the indictment. Considering that the offenses charged in the indictment are nonviolent offenses and that Mr. Ayers did not contribute in any way to the delay in having his case indicted, the indictment in this case should be dismissed with prejudice.

For the above stated reasons, pursuant to 18 U.S.C. § 3161(b), Mr. Ayers respectfully requests that this Court dismiss with prejudice the indictment filed against him.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, DC  20004
(202) 208-7500

---

[1] Pursuant to 18 U.S.C. § 3161(b), any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges.