UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | |
| v. | : | **Criminal Number 06-161 (HHK)** |
| **KEVIN D. AYERS,** | : | |
| **Defendant.** | : | |

### O R D E R

**AND NOW**, this _____ day of June, 2006, it is hereby **ORDERED** that Mr. Ayers's Motion To Dismiss is hereby granted;

**IT IS FURTHER ORDERED** that the indictment in the instant case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

_____
HENRY H. KENNEDY
United States District Court Judge

cc:   Angela George, AUSA
      Tony W. Miles, AFPD