UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-161 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN D. AYERS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jessie K. Liu at telephone number (202) 514-7549 and/or email address Jessie.K.Liu@usdoj.gov.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jessie K. Liu
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW, Room 4649
Washington, DC 20530
(202) 514-7549
Jessie.K.Liu@usdoj.gov