UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 06-161 (HHK)** |
| : | |
| **KEVIN D. AYERS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the Government's Ex Parte Motion to Seal and Order to Extend Time for Indictment Under Speedy Trial Act. In support of this motion, the Government states that because this case has been indicted, the reasons for placing the Ex Parte Motion to Seal and Order to Extend Time for Indictment Under Speedy Trial Act no longer exist. Moreover, it is necessary for the Government to refer to the Order to Extend Time for Indictment Under Speedy Trial Act to respond to Defendant Kevin D. Ayers's Motion to Dismiss Complaint.

WHEREFORE, the Government requests that this Court unseal the Government's Ex Parte Motion to Seal and Order to Extend Time for Indictment Under Speedy Trial Act.

Respectfully submitted.

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530
Phone:     202-514-7549
Fax:         202-353-9414
E-mail:    Jessie.K.Liu@usdoj.gov

Case 1:06-cr-00161-HHK     Document 9     Filed 06/22/2006     Page 2 of 2