UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-161 (HHK)** |
| | : | |
| **KEVIN D. AYERS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon motion of the United States, it is this \_\_\_\_ day of June, 2006, hereby

**ORDERED** that the Government's Ex Parte Motion to Seal and Order to Extend Time for Indictment Under Speedy Trial Act are **UNSEALED**.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE