UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-161 (HHK) |
| : | |
| KEVIN D. AYERS, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S MOTION TO FOR EXTENSION OF TIME
TO RESPOND TO ORDER TO SHOW CAUSE
AND MOTION TO DISMISS COMPLAINT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an extension of time, until June 30, 2006, to respond to the Order to Show Cause why the complaint should not be dismissed without prejudice issued by Magistrate Judge John M. Facciola and the Motion to Dismiss Complaint filed by Defendant. In support of its motion, the Government states as follows:

In order to show cause why the complaint should not be dismissed without prejudice, the Government must make reference to a document that presently is under seal. The Government has filed a motion with this Court to unseal that document, but the Court has not yet ruled on that motion. Once the Court rules on the motion to unseal, the Government will be able to respond to the Order to Show Cause expeditiously. Accordingly, the Government requests an extension of time, until June 30, 2006, to show cause why the complaint should not be dismissed without prejudice and to respond to Defendant's Motion to Dismiss Complaint. Counsel for Defendant, Tony W. Miles, Esquire, was contacted and stated that he does not oppose this motion for extension of time.

WHEREFORE, the Government requests that this Court grant an extension of time, until June 30, 2006, to respond to the Order to Show Cause and Motion to Dismiss Complaint.

        Respectfully submitted.

        KENNETH L. WAINSTEIN
        United States Attorney

By: _____
        JESSIE K. LIU
        Assistant United States Attorney
        D.C. Bar No. 472845
        555 Fourth Street, N.W.
        Room 4649
        Washington, D.C. 20530
        Phone:    202-514-7549
        Fax:    202-353-9414
        E-mail:    Jessie.K.Liu@usdoj.gov