UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-161 (HHK)** |
| | : | |
| **KEVIN D. AYERS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon motion of the United States, it is this _____ day of June, 2006, hereby

**ORDERED** that the Government's Motion for Extension of Time to Respond to Order to Show Cause and Motion to Dismiss Complaint is **GRANTED**; and

**FURTHER ORDERED** that the Government shall file any responses to the Order to Show Cause and Motion to Dismiss Complaint on or before June 30, 2006.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE