**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No. 06-161 (HHK)** |
| | **:** | |
| **KEVIN D. AYERS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

**GOVERNMENT'S OMNIBUS RESPONSE TO ORDER TO SHOW CAUSE**
**AND MOTION TO DISMISS COMPLAINT**

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, respectfully files this response to the Order to Show Cause issued by Magistrate Judge

John M. Facciola and the Motion to Dismiss Complaint filed by Defendant Kevin D. Ayers.

1.      Defendant Kevin D. Ayers was arrested on May 10, 2006, and charged by a criminal

complaint filed in the United States District Court for the District of Columbia with unlawfully

possessing with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1).  Defendant

Ayers appeared before Magistrate Judge Alan Kay for an initial appearance.  Magistrate Judge Kay

found probable cause and held the case over for any action by the grand jury.  Under the Speedy Trial

Act, 18 U.S.C. § 3161(b), an indictment in Defendant Ayers's case was required to be returned on

or before Thursday, June 8, 2006.

2.      On June 8, 2006, Magistrate Judge John M. Facciola granted an *ex parte* sealed

motion by the Government to extend time for indictment under the Speedy Trial Act.  Magistrate

Judge Facciola found that the Government "was unable to return an indictment within thirty days

from the date of [Defendant Ayers's] arrest as a result of factors beyond the government's control –

the Federal Court was not in session because it was in recess so that the Judges of the Court could

attend the judicial conference being held in Nemacolin, Pennsylvania." Magistrate Judge Facciola

further found that any prejudice to Defendant Ayers by an extension of time to indict was not

significant compared with the detriment to the public's interest and that of the Government if the

extension were denied. Magistrate Judge Facciola ordered that the time within which an indictment

must be returned was extended up to and including June 13, 2006. This order was placed under seal.

4.     On June 12, 2006, Defendant Ayers filed a motion to dismiss the complaint on the

ground that the Government had failed to indict him within the time allotted under the Speedy Trial

Act. On June 13, 2006, Magistrate Judge Facciola issued an order to show cause why the complaint

should not be dismissed without prejudice.

5.     On June 13, 2006, the grand jury returned a two-count indictment against Defendant

Ayers based on the conduct that led to his arrest on May 10, 2006. This indictment, on which

Defendant Ayers was arraigned on June 26, 2006, charged unlawful possession with intent to

distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and

841(b)(1)(A)(iii), and escape from an officer, in violation of 22 D.C. Code § 2601(a)(2).

6.     On June 27, 2006, this Court granted the Government's motion to unseal Magistrate

Judge Facciola's order granting an extension of time within which to indict Defendant Ayers. By

indicting Defendant Ayers on June 13, 2006, the Government has complied fully with that order and

with the Speedy Trial Act, 18 U.S.C. § 3161(b).

**CONCLUSION**

WHEREFORE, the Government respectfully requests that the Order to Show Cause be

discharged and that the Motion to Dismiss Complaint be denied.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney


By:                     /s/
                      JESSIE K. LIU
                      Assistant United States Attorney
                      D.C. Bar No. 472845
                      555 Fourth Street, N.W.
                      Room 4649
                      Washington, D.C. 20530
                      Phone:       202-514-7549
                      Fax:         202-353-9414
                      E-mail:       Jessie.K.Liu@usdoj.gov