UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-161 (HHK)** |
| | : | |
| **KEVIN D. AYERS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

Having considered the Order to Show Cause, the Motion to Dismiss Complaint, the Government's response thereto, and the record as a whole, it is this ____ day of _____, 2006, hereby

**ORDERED** that the Order to Show Cause is **DISCHARGED**; and

**FURTHER ORDERED** that the Motion to Dismiss Complaint is **DENIED**.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE