UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN D. AYERS,<br>　　　　　Defendant. | Criminal 06-0161 |

**ORDER**

Before the court are defendant's motion to dismiss the complaint [#4] and defendant's motion to dismiss the indictment [#6] on the grounds that the government failed to indict defendant within 30 days of his arrest in this case. Having reviewed the motions and the government's response to the court's order to show cause, it is this 3rd day of July, 2006, hereby

**ORDERED** that the court's Order to Show Cause [#5], dated June 14, 2006, is **DISCHARGED**; and it is further

**ORDERED** that defendant's motion to dismiss complaint [#4], dated June 12, 2006, is **DENIED**; and it is further

**ORDERED** that defendant's motion to dismiss indictment [#6], dated June 15, 2006, is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge