UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
      v. :
: Crim.  No. 06-161-01 (HHK )
:
**KEVIN D.  AYERS,** :
      **Defendant** :

### NOTICE OF APPEARANCE

TO:  The clerk of this court and all parties of record.

You are hereby notified that I appear for the defendant indicated above in the entitled action pursuant to appointment under the Criminal Justice Act, Nunc Pro Tunc to June 29, 2006.

      Respectfully submitted,

_____
Mitchell M. Seltzer
Bar #261933
Counsel for Mr. Ayers
717 D Street NW, #310
 (202) 347-2333

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE has been served electronically upon A.U.S.A.  Jesse K. Liu, 555 4th Street, NW, Washington, DC 20530 this __14th__ day of July 2006.