UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-161 (HHK) |
| : | |
| KEVIN D. AYERS, : | |
|     Defendant : | |

**DEFENDANT'S CONSENT MOTION TO LATE FILE ATTACHED PRETRIAL MOTIONS**

The defendant, through undersigned counsel and with the consent of the Government, respectfully moves to file the attached Pretrial Motions beyond the previously set deadline. In support thereof, the defendant state as follows:

1. At the previous status hearing, the Court set August 25, 2006 as the deadline for the filing of pretrial motions. During the interim time period, counsel was delayed while outside of the jurisdiction. Counsel also needed additional time to investigate and research the issues surrounding the defendant's arrest, and the subsequent search of his person and of a vehicle.

2. A.U. S.A. Jesse Liu has communicated to counsel that the Government does not object and consents to the filing of the attached pretrial motions at this time. The Government's responses are not due until September 15, 2006 and the motions hearing is scheduled for September 25, 2006.

3. Neither party will be prejudiced by this late filing.

**WHEREFORE**, the defendant requests that his motion be granted, and the Court order that the attached Pretrial Motions shall be filed beyond the previously set deadline.

Respectfully submitted,

_____
Mitchell M. Seltzer
Bar #261933
Counsel for Mr. Ayers
717 D Street, NW, #310
Washington, D.C. 20004
(202) 347-2333


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served by electronic transmission upon A.U.S.A. Jesse Liu this __5th__ day of September 2006.

_____