UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-161 (HHK) |
| : | |
| KEVIN D. AYERS, : | |
|     Defendant : | |

## ORDER

Upon review of the attached Defendant's Consent Motion to Late File Attached Pretrial Motions, and the entire record of this case, it is hereby

**ORDERED,** that the attached: Motion to Suppress Evidence and Statements; Motion for Timely Disclosure of Impeaching Evidence and Jencks; and Motion For Disclosure of 404(b) Evidence shall be filed at this time, and shall be treated as timely filed.

_____
**HENRY H. KENNEDY**
**UNITED STATES DISTRICT JUDGE**