UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-161 (HHK)** |
| | : | |
| **KEVIN D. AYERS,** | : | |
| Defendant | : | |

## ORDER

Upon consideration of the defendant's Motion To Suppress Evidence and Statements, any opposition thereto and the entire record in this case, it is hereby this _____ day of _____, 2006,

**ORDERED**, that the defendant's motion is **GRANTED**.

-------------------------------------------
**HENRY H. KENNEDY, JUDGE**
United States District Court
for the District of Columbia