UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **Crim. No. 06-161 (HHK)** |
| : | |
| **KEVIN D. AYERS,** : | |
| Defendant  : | |

### ORDER

Upon consideration of the defendant's Motion for Timely Disclosure of Impeaching Evidence and *Jencks* Material, any opposition thereto and the entire record in this case, it is hereby this _____ day of _____, 2006,

**ORDERED**, that the defendant's motion is **GRANTED**; and it is further

**ORDERED**, that all impeaching evidence and *Jencks* material shall be provided by the Government to defense counsel on or before _____, 2006.

-------------------------------------------
**HENRY H. KENNEDY, JUDGE**
United States District Court
for the District of Columbia