UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 06-161 (HHK)** |
| : | |
| **KEVIN D. AYERS,** : | |
|     **Defendant** : | |

## ORDER

Upon consideration of the defendant's Motion to Disclsose 404(b) Evidence, any opposition thereto and the entire record in this case, it is hereby this day of _____, 2006,

    **ORDERED**, that the defendant's motion is **GRANTED**.


\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**HENRY H. KENNEDY, JUDGE**
United States District Court
for the District of Columbia