UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Crim. No. 06-161 (HHK) |
| : | |
| **KEVIN D. AYERS,** : | |
| : | |
| **Defendant.** : | |
| : | |

**GOVERNMENT'S MOTION TO FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTIONS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for an extension of time, until September 19, 2006, to respond to Defendant's Motion to Suppress Evidence and Statements; Defendant's Motion for Timely Disclosure of Impeaching Evidence and Jencks Material; and Defendant's Request for Notice of Government's Intention to Use Rule 404(b) Evidence at Trial. In support of its motion, the Government states as follows:

1.  During a status hearing on July 19, 2006, the Court directed the parties to file motions on August 25, 2006, with responses due on September 15, 2006. Defendant Ayers's did not file his motions until September 5, 2006, however.

2.  Because of the lateness of Defendant Ayers's filings, the Government needs time beyond September 15, 2006, to complete its responses. Therefore, the Government requests an extension of time, up to and including September 19, 2006, to file its responses to Defendant Ayers's motions.

3.  Defendant's counsel, Mitchell M. Seltzer, Esquire, has stated that he does not oppose this motion.

WHEREFORE, the Government requests that this Court grant an extension of time, up to and until September 19, 2006, to respond to Defendant Ayers.

        Respectfully submitted.

        KENNETH L. WAINSTEIN
        United States Attorney

By: _____
        JESSIE K. LIU
        Assistant United States Attorney
        D.C. Bar No. 472845
        555 Fourth Street, N.W.
        Room 4649
        Washington, D.C. 20530
        Phone:  202-514-7549
        Fax:   202-353-9414
        E-mail:  Jessie.K.Liu@usdoj.gov