# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 06-161 (HHK)** |
| : | |
| **KEVIN D. AYERS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Upon motion of the United States, it is this ____ day of September, 2006, hereby

**ORDERED** that the Government's Motion for Extension is **GRANTED**; and

**FURTHER ORDERED** that the Government shall file any responses to Defendant Ayers's motions on or before September 19, 2006.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE