UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-161 (HHK) |
| | : | |
| **KEVIN D. AYERS,** | : | Motions Hearing:   September 25, 2006 |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Having reviewed Defendant Kevin D. Ayers's Motion to Suppress Evidence and Statements, the Government's Opposition thereto, any reply by Defendant Ayers, and such evidence as has been presented at a hearing on the motion, the Court hereby rules as follows:

Defendant Ayers's Motion to Suppress Evidence and Statements is **DENIED**.

**IT IS SO ORDERED.**


Date: _____        _____
                               HENRY H. KENNEDY, JR.
                               United States District Judge

copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530

Mitchell M. Seltzer, Esquire
717 D Street N.W. #310
Washington, D.C. 20004