UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 06-161 (HHK) |
| | : | |
| **KEVIN D. AYERS,** | : | Motions Hearing:    September 25, 2006 |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Having reviewed Defendant Kevin D. Ayers's Motion for Timely Disclosure of Impeaching Information and Jencks Material, the Government's Response thereto, any reply by Defendant Ayers, and the entire record of this case, the Court hereby rules as follows:

Defendant Ayers's Motion for Timely Disclosure of Impeaching Information and Jencks Material is **GRANTED** insofar as it seeks legitimate *Brady*, *Giglio*, and Jencks materials, and the Government is hereby **ORDERED** to disclose *Brady* information in its possession as soon as reasonably practicable after it becomes aware of such information, but in any event no later than forty-eight (48) hours before trial, and to disclose *Giglio* and Jencks materials no later than forty-eight (48) hours before the expected testimony of the witness to which such material pertains.

In all other respects, Defendant Ayers's Motion for Timely Disclosure of Impeaching Information and Jencks Material is **DENIED**.

   **IT IS SO ORDERED.**

Date: _____          _____
                                HENRY H. KENNEDY, JR.
                                United States District Judge

copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530

Mitchell M. Seltzer, Esquire
717 D Street, N.W. #310
Washington, D.C. 20004