UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-161 (HHK) |
| | : | |
| KEVIN D. AYERS, | : | Motions Hearing:   September 25, 2006 |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST
FOR NOTICE OF GOVERNMENT'S INTENTION
TO USE RULE 404(b) EVIDENCE AT TRIAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, states as follows in response to Defendant's Request for Notice of Government's Intention to Use Rule 404(b) Evidence at Trial:

1. The Government is not presently aware of any evidence that would be admissible at trial pursuant to Federal Rule of Evidence 404(b).

2. Should the Government learn of any Rule 404(b) evidence that it intends to introduce at trial, it will notify defense counsel and the Court in writing within seven (7) days of becoming aware of such evidence.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Government's Response to Defendant's Request for Notice of Government's Intention to Use Rule 404(b) Evidence at Trial was served by the Electronic Case Filing system and first-class United States mail, postage prepaid, on counsel for Defendant:

        Mitchell M. Seltzer, Esquire
        717 D Street, N.W.
        Suite 310
        Washington, D.C. 20004

this nineteenth day of September, 2006.

                                      _____
                                      JESSIE K. LIU
                                      Assistant United States Attorney