UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-161 (HHK) |
| | : | |
| KEVIN D. AYERS, | : | Motions Hearing:   September 25, 2006 |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

Having reviewed Defendant's Request for Notice of Government's Intention to Use Rule 404(b) Evidence at Trial, the Government's Response thereto, and the entire record in this case, it is hereby **ORDERED** that

Defendant's Request is **DENIED** insofar as the Government has represented that it is not aware of any evidence admissible under Federal Rule of Evidence 404(b) at this time; and it is further

**ORDERED** that the Government notify defense counsel and the Court in writing within seven (7) days of becoming aware of any evidence admissible under Federal Rule of Evidence 404(b) that it intends to introduce at trial.

**IT IS SO ORDERED.**

Date: _____        _____
                                                HENRY H. KENNEDY, JR.
                                                United States District Judge

copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530

Mitchell M. Seltzer, Esquire
717 D Street, N.W. #310
Washington, D.C. 20004