**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 06CR161(HHK) |
| : | Judge Kennedy |
| : | Motions Hearing: December 8, 2006 |
| **KEVIN AYERS,** : | |
| : | |
| Defendant. : | |

===============================

## MOTION FOR SUBSTITUTION OF COUNSEL

KEVIN AYERS, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, respectfully submits this Motion for Substitution of Counsel and requests that the Court issue an Order granting this Motion for Substitution of Counsel. As grounds for this request, the defendant states as follows:

Undersigned counsel was recently retained to represent Mr. Kevin Ayers in the above-captioned case. Mr. Ayers desires to have the appearance of his current attorney, Mitchell Seltzer, Esquire, withdrawn as his counsel of record in this case.

Accordingly, it is Mr. Ayers request that the appearance of Mr. Seltzer be withdrawn as counsel of record and substituted by the undersigned attorney in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                                        Kevin Ayers
                                        By Counsel

Respectfully submitted,

/s/ Billy L. Ponds\_\_\_\_
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

/s/ Harry Tun_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 2001
(202) 393-2882

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion for Substitution of Counsel was sent via e-fling, facsimile and first class mail to Jessie Liu, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Mitchell Mark Seltzer, 717 D Street, NW, Suite 310, Washington, DC 20004 on this 30th day of October, 2006.

/s/ Michelle Anapol
Michelle Anapol

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case No.: 06CR161(HHK) |
| : | Judge Kennedy |
| : | Motions Hearing: December 8, 2006 |
| **KEVIN AYERS,** : | |
| : | |
| **Defendant.** : | |

==============================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire replaces Mitchell Seltzer, Esquire as counsel of record.

_____
JUDGE

cc:  Billy L. Ponds
    The Ponds Law Firm
    3218 O Street, NW
    Suite Two
    Washington, DC  20007

    Jessie Liu
    Assistant United States Attorney
    Office of the United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530

Mitchell Mark Seltzer
717 D Street, NW
Suite 310
Washington, DC 20004