## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 06CR161(HHK) |
| | : | Judge Kennedy |
| | : | Motions Hearing: December 8, 2006 |
| **KEVIN AYERS,** | : | |
| | : | |
| **Defendant.** | : | |

==============================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire replaces Mitchell Seltzer, Esquire as counsel of record.

_____
JUDGE

cc:  Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, DC  20007

     Jessie Liu
     Assistant United States Attorney
     Office of the United States Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530

Mitchell Mark Seltzer
717 D Street, NW
Suite 310
Washington, DC 20004