UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 06CR161(HHK) |
| | : | Judge Kennedy |
| | : | Motions Hearing: December 8, 2006 |
| **KEVIN AYERS,** | : | |
| | : | |
| Defendant. | : | |

==============================

## PRAECIPE

TO THE CLERK OF THE AFORESAID COURT:

    Kindly note the appearance of the below-signed attorney as counsel of record for the defendant in this case.

                  Kevin Ayers
                  By Counsel

                  Respectfully submitted,

                   /s/ Billy L. Ponds
                  Billy L. Ponds
                  The Ponds Law Firm
                  Bar No.: 379883
                  3218 O Street, NW
                  Suite Two
                  Washington, D.C. 20007
                  202-333-2922


                   /s/ Harry Tun
                  Harry Tun
                  Bar No.: 416262
                  400 Fifth Street, NW
                  Suite 300
                  Washington, DC 2001
                  (202) 393-2882


## CERTIFICATE OF SERVICE

   I hereby certify that a true copy of this Praecipe was sent via facsimile and first class mail to Jessie Liu, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Mitchell Mark Seltzer, 717 D Street, NW, Suite 310, Washington, DC 20004 on this _____ day of _____, 2006.

                             _____
                             Michelle Anapol