UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
    v.                      :    Crim. No. 06-161 (HHK)
                            :
KEVIN D. AYERS,             :
                            :
    Defendant.              :

### ORDER

Upon motion of the United States, it is this 1st day of ~~September~~ November, 2006, hereby *nunc pro tunc*

**ORDERED** that the Government's Motion for Extension is **GRANTED**; and

**FURTHER ORDERED** that the Government shall file any responses to Defendant Ayers's motions on or before September 19, 2006.

/s/ Henry Kennedy
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE