UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No.: 06CR161(HHK) |
| : | Judge Kennedy |
| : | Motions Hearing: December 8, 2006 |
| **KEVIN AYERS,** : | |
| : | |
| **Defendant.** : | |

===============================

## ORDER

THIS CAUSE having come before the Court on the Motion to Continue the Motions Hearing, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion to Continue the Motions Hearing is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defendant's motions hearing is hereby continued to the _____ day of _____, 200_____.

_____
JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, DC  20007

      Harry Tun
      400 Fifth Street, NW
      Suite 300
      Washington, DC 20001

Jessie Liu
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530