**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 06CR161(HHK) |
| : | Judge Kennedy |
| : | Motions Hearing: December 8, 2006 |
| **KEVIN AYERS,** : | |
| : | |
| **Defendant.** : | |

===============================

### CONSENT MOTION TO CONTINUE THE MOTIONS HEARING

KEVIN AYERS, by and through undersigned counsels, Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, respectfully submits this Motion to Continue the Motions Hearing and requests that the Court enter an Order granting this Motion. As grounds for this request, the defendant states as follows:

The undersigned attorneys have reviewed the case file received from the defendant's prior counsel, Mitchell Seltzer, Esquire. After reviewing the file, it became readily apparent that the defendant's prior counsel did not conduct an investigation or interview essential witnesses.

Undersigned counsel(s) have commenced investigating this case, however, prior to proceeding with the motions hearing in this case, it is vital to this case for undersigned counsel(s) to complete its investigation and to locate and interview the essential witnesses. Undersigned counsel(s) respectfully submit that they require additional time to complete the investigation and to locate and interview the essential witnesses. Furthermore, based on the scope of the investigation conducted to date, the information obtained from the investigation and witness interviews, which as noted above, has not

been completed, will present a basis to supplement the Motion to Suppress Evidence previously filed by the defendant's prior counsel.

Undersigned counsel(s) respectfully submit that they do not anticipate that the above-noted tasks will be completed by the scheduled motions hearing date. Accordingly, the undersigned attorneys respectfully request that this Court continue the December 8, 2006 motions hearing.

Undersigned counsel has contacted Michel Leibman, Esquire who is assigned to this case and he has consented to this motion.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion to Continue the Motions Hearing.

          Kevin Ayers
          By Counsel

          Respectfully submitted,

          _____/s/_____
          Billy L. Ponds
          The Ponds Law Firm
          Bar No.: 379883
          3218 O Street, NW
          Suite Two
          Washington, D.C. 20007
          202-333-2922

          _____/s/_____
          Harry Tun
          Bar No.: 416262
          400 Fifth Street, NW
          Suite 300
          Washington, DC 20001
          (202) 393-2882

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of this Motion to Continue the Motions Hearing was sent via facsimile and first class mail to Jessie K., Liu, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 on this _____ day of _____, 2006.

                                                        _____

                                                        Harry Tun