UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Crim. No. 06-161-HHK |
| v. ) | |
| ) | |
| **KEVIN D. AYERS,** ) | |
| ) | |
| Defendant. ) | |

Government's Consent Motion To Continue Trial Date by One Week

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the trial date in this matter until May 29, 2007. One of the government's critical witnesses, the DEA chemist who analyzed the drugs at issue in count one of the indictment, will be on maternity leave beginning this week and continuing until May 29.

    The undersigned Assistant United States Attorney has discussed with counsel for the defendant the alternatives to a continuance. One alternative would require the defendant to stipulate to the fact that the drugs at issue are, in fact, cocaine base, also known as crack, of a certain amount. A second alternative would be to have a second DEA chemist re-analyze the drugs, and then have the defendant stipulate as to chain of custody. Counsel for the defendant advised that the defendant rejects both of those options. However, counsel advised that the defendant does not object to a continuance.

    A proposed Order is attached.

```
                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

                            /s/
        by:     _____
                    Michael C. Liebman
                    Assistant United States Attorney
                    D.C. Bar No. 479562
                    555 Fourth Street, N.W., room 4231
                    Washington, D.C.  20530
                    353-2385
                    michael.liebman@usdoj.gov
```