```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      )
                                  )  **Crim. No. 06-161-HHK**
    **v.**     )
                                  )
**KEVIN D. AYERS,**                )
                                  )
    **Defendant.**   )

O R D E R

Upon the unopposed motion of the government to continue the trial until May 29, 2007, and for good cause shown, it is hereby ORDERED that the trial date of May 22, 2007 in this matter is vacated, and that the trial will commence on May 29, 2007, at 9:45 a.m.

date: _____

                                                Henry H. Kennedy
                                              United States District Judge