**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 06CR161(HHK) |
| : | Judge Kennedy |
| : | Trial: May 21, 2007 |
| KEVIN AYERS, : | |
| : | |
| Defendant. : | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, respectfully submit this Motion to Withdraw As Counsel of Record and request that this Court enter an Order granting this Motion. As grounds for this request, the defendant states as follows:

Due to irreconcilable differences, the undersigned attorneys cannot continue to represent the defendant in the above-captioned case. The defendant has informed undersigned counsel that he would request that the court appoint counsel to represent him pending retaining the services of another attorney to represent him in the above-captioned case.

WHEREFORE, for the above-stated reasons, undersigned counsel respectfully request that the Court grant this Motion to Withdraw as Counsel of Record.

Kevin Ayers
By Counsel

Respectfully submitted,

_____
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 20001
(202) 393-2882

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion to Withdraw as Counsel of Record was sent via facsimile and first class mail to Michael Liebman, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and to Kevin Ayers, PDID Number 477-462, District of Columbia Jail, 1901 D Street, S.E, Washington, DC 20530 on this 12th day of March, 2007.

_____
Michelle Anapol