UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 06CR161(HHK) |
| v. : | Judge Kennedy |
| : | Trial: May 21, 2007 |
| KEVIN AYERS, : | |
| : | |
| Defendant. : | |

## ORDER

THIS CAUSE having come before the Court on the Motion to Withdraw as Counsel of Record, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the Motion to Withdraw as Counsel of Record is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds and Harry Tun are hereby withdraw as counsel of record.

_____
JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, DC  20007

      Harry Tun
      400 Fifth Street, NW
      Suite 300
      Washington, DC 20001

3

Michael Liebman
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Kevin Ayers
PDID Number 477-462
District of Columbia Jail
1901 D Street, S.E
Washington, DC 20530