IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 06-161 (HHK) |
| ) | |
| ) | |
| KEVIN AYERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is this ___ day of September, 2007, hereby ORDERED that the Defendant's Motion in Limine to Preclude the Government from Moving to Admit Certain Evidence is GRANTED.

_____
HONORABLE JUDGE HENRY H. KENNEDY