IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. NO. 06-161 (HHK) |
| ) | |
| ) | |
| KEVIN AYERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS INDICTMENT FOR
SPEEDY TRIAL ACT VIOLATION**

Mr. Ayers was arrested on May 10, 2006, and charged with possession with intent to distribute crack cocaine and escape. He has been held without bond since that date. His trial is scheduled to begin on October 15, 2007. Mr. Ayers, through undersigned counsel, hereby moves this Honorable Court to dismiss the indictment in this case with prejudice because far more than 70 non-excludable days have passed since his indictment.

"The [Speedy Trial] Act generally requires a federal criminal trial to begin within 70 days after a defendant is charged or makes an initial appearance . . . but the Act contains a detailed scheme under which certain specified periods of delay are not counted." Zedner, 126 S. Ct. at 1983. Under the Speedy Trial Act, "[i]f a trial does not begin on time, the defendant may move, before the start of the trial . . ., to dismiss the charges, and if a meritorious and timely motion to dismiss is file, the district court must dismiss the charges, though it may choose whether to dismiss with or without prejudice." Zedner v. United States, 126 S. Ct. 1976, 1984 (2006) (citing 18 U.S.C. 3162(a)(2))).

Although much (but not all) of the time between his arrest and April 27, 2007 was purportedly excluded from the Speedy Trial Act, irrespective of that, no time from April 27, 2007 to the present was excluded or excludable. In setting the October 15, 2007 trial date, the Court made no findings either orally or in writing that a trial date outside the time allotted for trial under the Act was permissible. Thus, even assuming all of the time preceding April 27, 2007 was excluded, at a minimum, none of the period of time between April 27, 2007 and the present was excludable. Therefore, a violation has occurred and the indictment must be dismissed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____"/s/"_____
        Michelle Peterson
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, D.C. 20004
        (202) 208-7500