**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CRIM. NO. 06-161 (HHK) |
| | ) |
| **KEVIN AYERS,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

It is this ___ day of September, 2007, hereby ORDERED that the indictment in this case is dismissed with prejudice.

_____
HONORABLE JUDGE HENRY H. KENNEDY