UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-161 (HHK)** |
| v. | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| | : | and §841(b)(1)(B)(iii) |
| **KEVIN AYERS,** | : | (Unlawful Possession with Intent to Distribute |
| **Defendant.** | : | 5 Grams or More of Cocaine Base) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about May 10, 2006, within the District of Columbia, **KEVIN AYERS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

                                                JEFFREY A. TAYLOR
                                                Attorney of the United States in
                                                and for the District of Columbia
                                                Bar No. 498610

BY:       _____
            JEFFREY PEARLMAN
            Assistant United States Attorney
            Bar No. 466901
            Federal Major Crimes Section
            555 4th Street, N.W., Room 4231
            Washington, DC 20530
            (202) 353-2385