UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-161 (HHK) |
| | : | |
| v. | : | |
| | : | |
| KEVIN AYERS | : | |
| | : | |
| **Defendant** | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate Assistant United States Attorney Jeffrey Pearlman and Assistant United States Attorney Michael Liebman from the above case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
Charles Neil Floyd
Assistant United States Attorney
555 4th Street, N.W. #4239
Bar Number 97-219
Washington, DC 20530
(202) 305-2195
Charles.Floyd@usdoj.gov