UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-307 (HHK) |
| | : | |
| KEVIN D. AYERS, | : | Trial: July 7, 2008 |
| | : | |
| Defendant. | : | |

**(PROPOSED) ORDER**

Upon consideration of the government's unopposed motion, to continue the trial date and to exclude time under the Speedy Trial Act, and the entire record in this case, the Court hereby makes the following findings:

1. Additional time is necessary to accommodate a conflicting trial date on the part of government counsel and to allow for continuity of government counsel.

2. Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

THEREFORE, it is this _____ day of June, 2008, hereby

ORDERED that, the trial date of July 7, 2008 is vacated, a status hearing will be held on June 30, 2008 at which time the Court and counsel will select a new trial date, and in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), (h)(8)(B)(i), (h)(8)(B)(iv), the period of time between the issuance of this order and the new trial date will be excluded from the computation of time within which to commence trial.

_____
HENRY H. KENNEDY
JUDGE, UNITED STATES DISTRICT COURT